**Charles Dean HOOD, Petitioner–Appellant,**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 08–70022.

United States Court of Appeals, Fifth Circuit.

June 16, 2008.

Thomas Scott Smith, Smith & Smith, Sherman, TX, for Petitioner–Appellant.

Tomee Morgan Heining, Office of the Attorney General, Postconviction Litigation Div., Austin, TX, for Respondent–Appellee.

Before HIGGINBOTHAM, SMITH, and STEWART, Circuit Judges.

* Pursuant to 5th Cir R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Charles Hood appeals an order of the district court, entered June 6, 2008, denying his motion for appointment of counsel and his motion for stay of execution. In his merits brief, Hood raises only the following issue: "Does the federal appointment statute, 18 U.S.C. § 3599, provide prisoners sentenced under state law the right to federally appointed and funded counsel to pursue clemency under state law?"

In his brief, Hood "acknowledges that the law of this Circuit has foreclosed the issue." He is correct that in *Clark v. Johnson*, 278 F.3d 459, 462–63 (5th Cir. 2002), this court held that the statute does not apply to state clemency proceedings.

The order of the district court is accordingly AFFIRMED. Hood's separate motion for stay of execution filed in this court is DENIED.

the limited circumstances set forth in 5th Cir R. 47.5.4.